No. 91–6173. EDMUNDSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6267. BARNES v. FIRST NATIONAL BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6325. BUTTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6331. SPOTTED WAR BONNET v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6338. ATHERTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6340. TIBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6342. SALEM v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 91–6349. ZOLICOFFER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6361. GIBSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–6363. HALEY v. SECURITIES AND EXCHANGE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 91–6366. HOLSEY v. AIKENS ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6371. MORGENSTERN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6377. WILLIAMS v. UNITED STATES; and
No. 91–6455. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 935 F. 2d 1531.

No. 91–6381. RUTH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.